UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1519
(8:19-cv-01944-SAG)

_____

J.O.P.; M.A.L.C.; M.E.R.E.; K.A.R.C.; E.D.G.; L.M.Z., on behalf of themselves
as individuals and on behalf of others similarly situated.

> Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED
STATES CITIZENSHIP AND IMMIGRATION SERVICES; KIKA SCOTT,
Senior Official Performing the duties of the Director, U.S. Citizenship &
Immigration Services; KRISTI NOEM, Secretary of Homeland Security; U. S.
IMMIGRATION & CUSTOMS ENFORCEMENT; PATRICK J.
LECHLEITNER, Deputy Director and Senior Official Performing the Duties of
the Director

> Defendants - Appellants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:19-cv-01944-SAG |
| Date notice of appeal filed in originating court: | 05/07/2025 |
| Appellant(s) | UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al |
| Appellate Case Number | 25-1519 |

| Case Manager | Richard H. Sewell<br>804-916-2702 |