UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. 25-1519     Caption: J.O.P., et al. v. United States Department of Homeland Security, et al.

Appellants
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Appellants' Motion for Stay Pending Appeal

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   May 5, 2025 Order of Judge Stephanie Gallagher, U.S. District Court Judge for the District of Maryland. ECF No. 266.

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   Confidential Information as defined under the Protective Order entered in the district court case, ECF No. 136-1 and potentially subject to 8 C.F.R. § 1208.6 to be protected from public disclosure.

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☐ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☑ Yes

## CERTIFICATE OF SERVICE

I certify that on  May 8, 2025  the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below.  Service may be made by direct email or other electronic means with the prior written consent of the party to be served.  <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

Counsel for Appellees, J.O.P., et al. (Kevin DeJong, KDeJong@goodwinlaw.com; Brian Burgess, BBurgess@goodwinlaw.com; Elaine Blais,  eblais@goodwinlaw.com; Michelle Mendez, michelle@nipnlg.org

/s/Erhan Bedestani                                   05/08/25
Signature                                                        Date