UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| J.O.P, *et al.*, | : |
| | : |
|     Appellees, | : |
| | : |
| v. | :   No. 25-1519 |
| | : |
| U.S. Department of Homeland Security, *et al*. | : |
| | : |
|     Appellants. | : |

## NOTICE PER LOCAL RULE 27(a)

Pursuant to Local Rule 27(a), on May 7, 2025, counsel for Defendants-Appellants informed counsel for Plaintiffs-Appellees of the impending filing of Defendants-Appellants' motion filed at Docket No. 8. Counsel for Plaintiffs-Appellees opposes this motion.

DATED: May 8, 2025                    Respectfully submitted,

                                          YAAKOV M. ROTH
                                          Acting Assistant Attorney General
                                          Civil Division

                                          WILLIAM C. PEACHEY
                                          Director
                                          Office of Immigration Litigation

                                          YAMILETH G. DAVILA
                                          Assistant Director

                                          RICHARD G. INGEBRESTEN

1

Trial Attorney

<u>/s/Erhan Bedestani</u>
ERHAN BEDESTANI
Trial Attorney (MN Bar No. 0504824)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7451
Fax: (202) 305-7000
erhan.bedestani2@usdoj.gov

*Counsel for Defendants-Appellants*