FILED: May 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1519
(8:19-cv-01944-SAG)

_____

J.O.P.; M.A.L.C.; M.E.R.E.; K.A.R.C.; E.D.G.; L.M.Z., on behalf of themselves as individuals and on behalf of others similarly situated.

        Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KIKA SCOTT, Senior Official Performing the duties of the Director, U.S. Citizenship & Immigration Services; KRISTI NOEM, Secretary of Homeland Security; U. S. IMMIGRATION & CUSTOMS ENFORCEMENT; PATRICK J. LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director

        Defendants - Appellants

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court seals appellant's motion for stay.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk