FILED: May 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1519
(8:19-cv-01944-SAG)
_____

J.O.P.; M.A.L.C.; M.E.R.E.; K.A.R.C.; E.D.G.; L.M.Z., on behalf of themselves as individuals and on behalf of others similarly situated.

    Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KIKA SCOTT, Senior Official Performing the duties of the Director, U.S. Citizenship & Immigration Services; KRISTI NOEM, Secretary of Homeland Security; U. S. IMMIGRATION & CUSTOMS ENFORCEMENT; TODD LYONS, Acting Director US Immigration and Customs Enforcement

    Defendants - Appellants

_____

C O R R E C T E D   O R D E R
_____

  The district court's order dated April 23, 2025, is administratively stayed until May 15, 2025.

  Appellees are directed to respond to the motion for stay pending appeal on or

before 12:00 p.m. on May 12, 2025. Appellants are directed to file their reply on or before 9:00 a.m. on May 13, 2025.

                                                For the Court

                                                <u>/s/ Nwamaka Anowi, Clerk</u>