FILED: May 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1519
(8:19-cv-01944-SAG)
_____

J.O.P.; M.A.L.C.; M.E.R.E.; K.A.R.C.; E.D.G.; L.M.Z., on behalf of themselves as individuals and on behalf of others similarly situated.

   Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KIKA SCOTT, Senior Official Performing the duties of the Director, U.S. Citizenship & Immigration Services; KRISTI NOEM, Secretary of Homeland Security; U. S. IMMIGRATION & CUSTOMS ENFORCEMENT; TODD LYONS, Acting Director US Immigration and Customs Enforcement

   Defendants - Appellants

_____

O R D E R
_____

Upon consideration of appellees' motion to clarify, the court grants the motion. This court's earlier order entering an administrative stay is amended such that only paragraph 2 of the district court's order dated April 23, 2025, is

administratively stayed until May 15, 2025.  The deadlines by which the parties are to submit their respective response and reply remain unchanged.

For the Court

/s/ Nwamaka Anowi, Clerk