FILED:  May 13, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-1519
(8:19-cv-01944-SAG)

———————————

J.O.P.; M.A.L.C.; M.E.R.E.; K.A.R.C.; E.D.G.; L.M.Z., on behalf of themselves
as individuals and on behalf of others similarly situated.

　　　　Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED
STATES CITIZENSHIP AND IMMIGRATION SERVICES; KIKA SCOTT,
Senior Official Performing the duties of the Director, U.S. Citizenship &
Immigration Services; KRISTI NOEM, Secretary of Homeland Security; U. S.
IMMIGRATION & CUSTOMS ENFORCEMENT; TODD LYONS, Acting
Director US Immigration and Customs Enforcement

　　　　Defendants - Appellants

———————————

O R D E R

———————————

Upon consideration of the certificates of confidentiality, the court seals

appellees' response and appellants' reply to the motion for stay.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk