**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 30, 2025

_____

RESPONSE REQUESTED
_____

No.     25-1519,            <u>J.O.P. v. United States Department of Homeland Security</u>
                            8:19-cv-01944-SAG

TO:     M.E.R.E.
        E.D.G.
        L.M.Z.
        K.A.R.C.
        J.O.P.

RESPONSE DUE: 07/10/2025

Response is required to the motion for abeyance on or before 07/10/2025.

The parties are advised that the court will not sua sponte suspend the briefing schedule pending disposition of the motion; a request to suspend briefing may be made by filing a motion to suspend.

Rachel Phillips, Deputy Clerk
804-916-2702