FILED: October 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1519
(8:19-cv-01944-SAG)
_____

J.O.P.; M.E.R.E.; K.A.R.C.; E.D.G.; L.M.Z., on behalf of themselves as individuals and on behalf of others similarly situated

   Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ANGELICA ALFONSO-ROYALS, Acting Director, U. S. Citizenship & Immigration Services; KRISTI NOEM, Secretary of Homeland Security; U. S. IMMIGRATION & CUSTOMS ENFORCEMENT; TODD LYONS, Acting Director US Immigration and Customs Enforcement

   Defendants - Appellants

_____

O R D E R
_____

  This matter is before the court on Appellants' motion to hold appeal in abeyance. ECF No. 38 Appellees filed a response to the motion where they indicated they "take no position on the motion to hold the appeal in abeyance."

ECF No. 43 at 5. Accordingly, the court grants the motion to hold the appeal in abeyance.

The court also remands this case to the district court for the limited purpose of addressing Appellees' motion to find probable cause to hold Appellants in contempt, D. ECF No. 375, No. 8:19-cv-1944 (D. Md. Aug. 14, 2025), and Appellants' motion to vacate, D. ECF No. 386, No. 8:19-cv-1944 (D. Md. Aug. 22, 2025).

The clerk shall forward a copy of this order to the district court. This appeal shall remain on the active docket of this court, and the parties shall file a status report every 30 days from the date of this order and shall immediately notify this court when the district court has ruled on the pending motions identified above.

Entered at the direction of Judge Benjamin with the concurrence of Judge Gregory and Judge Richardson

                                               For the Court

                                               /s/ Nwamaka Anowi, Clerk