No. 25-2098

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**J.O.P, et al.**
**Plaintiffs-Appellees,**

v.

**U.S. Department of Homeland Security, *et al.*,**
**Defendants-Appellants.**

---

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### District Court Case No. 8:19-cv-01944

---

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE

---

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

RUTH ANN MUELLER
Acting Assistant Director
Office of Immigration Litigation

RICHARD INGEBRETSEN
Trial Attorney

Erhan Bedestani
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044

*Attorneys for Federal Respondents*

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 46(c), Defendants-Appellants hereby move to withdraw the appearance of Erhan Bedestani as counsel for Defendants-Appellants. Good cause supports this request, as Mr. Bedestani's last day of employment with the U.S. Department of Justice's Office of Immigration Litigation is October 17, 2025. Defendants-Appellants continue to be represented by other counsel in this matter.

Per Local Rule 27(a), Defendants-Appellants certify that counsel for the Parties have conferred on the intended filing of this motion, and Plaintiffs-Appellees do not object to the motion.

October 15, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

DREW C. ENSIGN
*Deputy Assistant Attorney General*

RUTH A. MUELLER
*Acting Assistant Director*
Office of Immigration Litigation

RICHARD INGEBRETSEN
*Trial Attorney*

*/s/ Erhan Bedestani*
ERHAN BEDESTANI
Trial Attorney (MN Bar # 0504824)
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-7451
erhan.bedestani2@usdoj.gov

*Attorneys for Respondents-Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), I certify that the foregoing was prepared using 14-point Times New Roman type, is proportionally spaced and contains less than 5,200 words, exclusive of the tables of contents and citations, and certificates of counsel.

## CERTIFICATE OF SERVICE

I certify that on October 15, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the Court's CM/ECF System. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished through that system.

October 15, 2025

*/s/ Erhan Bedestani___*
ERHAN BEDESTANI
Trial Attorney (MN Bar # 0504824)
Office of Immigration Litigation
Civil Division, U.S. Dept. of
Justice P.O. Box 868, Ben Franklin
Station Washington, DC 20044
Tel: (202) 598-7451
erhan.bedestani2@usdoj.gov

*Attorney for Respondents-Appellants*