UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| J.O.P, *et al.*, | : | |
| | : | |
| Appellees, | : | |
| | : | |
| v. | : | 25-1519 |
| | : | |
| U.S. Department of Homeland Security, *et al*. | : | |
| | : | |
| Appellants. | : | |

# **JOINT STATUS REPORT**

Pursuant to this Court's Order holding Appellants' appeal in abeyance and remanding this case to the district court "for the limited purpose of addressing Appellees' motion to find probable cause to hold Appellants in contempt" and "Appellants' motion to vacate" (Dkt No. 44), the parties, through their undersigned counsel, submit the following Joint Status Report.

On November 14, 2025, the district court issued an Order and Memorandum Opinion[1] denying Appellees' motion to find probable cause to hold Appellants in contempt, D. ECF No. 375, No. 8:19-cv-1944 (D. Md. Aug. 14, 2025), and Appellants' motion to vacate, D. ECF No. 386, No. 8:19-

---

[1] The memorandum opinion was filed under seal and will remain so until November 21, 2025, pending any proposed redactions from the parties to a publicly filed version.

cv-1944 (D. Md. Aug. 22, 2025). *See* D. ECF Nos. 440–441, No. 8:19-cv-1944 (D. Md. Aug. 22, 2025).

| | |
|---|---|
| Dated: November 19, 2025 | Respectfully submitted, |
| BRETT A. SHUMATE<br>*Assistant Attorney General*<br>Civil Division<br><br>RUTH ANN MUELLER<br>*Acting Assistant Director*<br>Office of Immigration Litigation<br><br>*/s/ Richard Ingebretsen*<br>RICHARD INGEBRETSEN<br>Trial Attorney<br>(DC Bar No. 1736200)<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 616-4848<br>Fax: (202) 305-7000<br>richard.ingebretsen@usdoj.gov<br><br>*Counsel for Defendants-Appellants* | */s/ Brian Burgess*<br>Brian T. Burgess (Bar No. 19251)<br>Goodwin Procter LLP<br>1900 N Street, NW<br>Washington, DC 20036<br>Phone: 202-346-4000<br>Fax: 202-346-4444<br>BBurgess@goodwinlaw.com<br><br>Elaine Herrmann Blais*<br>Kevin J. DeJong*<br>Goodwin Procter LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Phone: 617-570-1000<br>Fax: 617-523-1231<br>EBlais@goodwinlaw.com<br>KDeJong@goodwinlaw.com<br><br>Michelle N. Mendez (Bar No. 20062)<br>National Immigration Project<br>1763 Columbia Road NW<br>Suite 175 #896645<br>Washington, DC 20009<br>Phone: 410-929-4720<br>Fax: 617-227-5495<br>Michelle@nipnlg.org<br><br>*Counsel for Plaintiffs-Appellees* |