FILED: December 22, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1519
(8:19-cv-01944-SAG)
_____

J.O.P.; M.E.R.E.; K.A.R.C.; E.D.G.; L.M.Z., on behalf of themselves as individuals and on behalf of others similarly situated

   Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, Director, U. S. Citizenship & Immigration Services; KRISTI NOEM, Secretary of Homeland Security; U. S. IMMIGRATION & CUSTOMS ENFORCEMENT; TODD LYONS, Acting Director US Immigration and Customs Enforcement

   Defendants - Appellants

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 01/29/2026

Opening brief due: 01/29/2026

Response brief due: 03/02/2026

Any reply brief: 21 days from service of response brief.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk