No. 25-1519

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

J.O.P., *et al.*,
**Plaintiffs – Appellees,**

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,
**Defendants – Appellants.**

## UNOPPOSED SECOND MOTION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX

Defendants-Appellants, U.S. Department of Homeland Security, *et al.* ("the Government"), respectfully move this Court for an extension of time of thirty days to file their opening brief and joint appendix. This is the second motion to extend that Defendants have sought since this Court issued the briefing order on November 20, 2025 (ECF No. 51). The opening brief and joint appendix are currently due on January 29, 2026. If the Court grants this extension, the new due date will be March 2, 2026. Counsel for Plaintiffs-Appellees have stated that they do not oppose this request.

This extension request is supported by good cause. Defendants-Appellants request the additional time because the Office of the Solicitor General must weigh in on all government appeals, including this one. *See* 28 CFR § 0.20(b) ("the

Solicitor General, in consultation with each agency or official concerned . . . (b) [d]etermin[es] whether, and to what extent, appeals will be taken by the Government to all appellate courts."). That process—which involves the review of multiple government lawyers both inside and outside the Office of the Solicitor General—is still proceeding for this case. The additional time will permit all involved lawyers to have adequate time to make decisions concerning this appeal.

As a result, the Government respectfully requests that the Court grant this motion for an extension of time through and including March 2, 2026, to file the Government's opening brief and joint appendix. If granted, the new deadlines would be:

- March 2, 2026—Government's Opening Brief and Joint Appendix.
- April 1, 2026—Plaintiffs-Appellees' Responsive Brief.
- April 22, 2026—Government's Reply Brief.

Dated:		January 22, 2026				Respectfully submitted,

BRETT A. SHUMATE						RICHARD G. INGEBRETSEN
*Assistant Attorney General*				*Trial Attorney*
Civil Division

								*/s/ Evan P. Schultz*
ANTHONY NICASTRO					EVAN P. SCHULTZ
*Acting Director*						*Trial Attorney*
Office of Immigration Litigation				United States Department of Justice
								Civil Division
RUTH ANN MUELLER					Office of Immigration Litigation
*Senior Litigation Counsel*					District Court Section
								P.O. Box 868, Ben Franklin Station
								Washington, DC 20044
								(202) 892-0873
								Evan.P.Schultz2@usdoj.gov

3

## **CERTIFICATION OF COMPLIANCE AND SERVICE**

I hereby certify that the body of this response, including footnotes, contains 288 words, thereby satisfying the 5,200-word limit in Fed. R. App. P. 27(d)(2)(A). I further certify that this response complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) by using Microsoft Word's Times New Roman 14-point font.

I further certify that on January 22, 2026 I caused a copy of this motion to be served, by the Notice of Docketing Activity generated by the Fourth Circuit's electronic filing system, on counsel of record.

Dated:       January 22, 2026

*/s/ Evan P. Schultz*
Evan P. Schultz
*Trial Attorney*