FILED: January 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1519
(8:19-cv-01944-SAG)
_____

J.O.P.; M.E.R.E.; K.A.R.C.; E.D.G.; L.M.Z., on behalf of themselves as individuals and on behalf of others similarly situated

    Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, Director, U. S. Citizenship & Immigration Services; KRISTI NOEM, Secretary of Homeland Security; U. S. IMMIGRATION & CUSTOMS ENFORCEMENT; TODD LYONS, Acting Director US Immigration and Customs Enforcement

    Defendants - Appellants

_____

O R D E R
_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

 Joint appendix due: 03/02/2026

 Opening brief due: 03/02/2026

Response brief due: 04/01/2026

Any reply brief: 21 days from service of response brief.

                               For the Court--By Direction

                               <u>/s/ Nwamaka Anowi, Clerk</u>