No. 25-1519

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

J.O.P., *et al.*,
Plaintiffs - Appellees,
v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,
Defendants – Appellants.

## APPELLANTS' UNCONTESTED MOTION
## FOR VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Defendants-Appellants hereby move to voluntarily dismiss this appeal.

A decision whether, and to what extent, to appeal must be made by the Office of the Solicitor General. *See* 28 C.F.R. § 0.20(b). Pursuant to that authority, the Office of the Solicitor General has authorized Defendants-Appellants to seek voluntary dismissal of this appeal.

On February 26, 2026, counsel for Defendants-Appellants conferred with Plaintiffs'-Appellees' counsel, who consented to Defendants-Appellants' instant motion.

Dated: February 26, 2026            Respectfully Submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

RUTH ANN MUELLER
*Senior Litigation Counsel*

RICHARD G. INGEBRETSEN
*Trial Attorneys*

*/s/ Evan P. Schultz*
EVAN P. SCHULTZ
*Trial Attorney*
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
T: (202) 892-0873
Evan.P.Schultz2@usdoj.gov
*Counsel for Defendants-Appellants*

# CERTIFICATION OF COMPLIANCE AND SERVICE

I hereby certify that the body of this report, including footnotes, contains 91 words, thereby satisfying the 5,200-word limit in Fed. R. App. P. 27(d)(2)(A). I further certify that this report complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) by using Microsoft Word's Times New Roman 14-point font.

I further certify that on February 26, 2026, I caused a copy of this motion to be served, by the Notice of Docketing Activity generated by the Fourth Circuit's electronic filing system, on counsel of record.

Dated: February 26, 2026

*/s/ Evan P. Schultz*
EVAN P. SCHULTZ
*Trial Attorney*